UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MIKE ALVAREZ                                    CIVIL ACTION

VERSUS                                           NO: 13-6405

N. BURL CAIN, et al.                             SECTION: R(2)

**ORDER AND REASONS**

Before the Court is plaintiff Mike Alvarez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254,[1] and the Magistrate Judge's Report and Recommendation ("R&R") that Alvarez's petition be denied and dismissed with prejudice.[2] The Court, having reviewed *de novo* the complaint, the record, the applicable law, the Magistrate Judge's R&R, and the plaintiff's objections to the Magistrate Judge's R&R, hereby approves the R&R and adopts it as its opinion.

On June 17, 2010, plaintiff was tried before a jury in Louisiana's 24th Judicial District Court, Parish of Jefferson.[3] The jury found plaintiff guilty on three counts of aggravated crime against nature upon P.B., a juvenile under the age of seventeen and at least three years younger than the offender.[4] After exhausting all state court remedies, plaintiff filed a

---

[1] R. Doc. 5.

[2] R. Doc. 11.

[3] R. Doc. 5 at 1.

[4] *Id.* at 14; R. Doc. 11 at 2-3.

petition for a writ of *habeas corpus* in this Court alleging that he received ineffective assistance of counsel at trial for several reasons.[5] After considering plaintiff's allegations, the Magistrate Judge recommended that plaintiff's petition be denied and dismissed with prejudice.[6]

In his objections to the R&R, plaintiff does not make new arguments or challenge the precedent cited by the Magistrate Judge. Instead, plaintiff reiterates three arguments made in his petition: (1) that defense counsel failed to challenge the "uncorroborated" testimony of the victim; (2) that defense counsel failed to object to a violation of the plaintiff's Sixth Amendment constitutional rights under the Confrontation Clause; and (3) that defense counsel failed to object to the introduction of an out-of-court identification as inadmissible hearsay.[7] The Magistrate Judge thoroughly addressed each of these arguments in the R&R, and the Court need not reiterate his analysis.

Rule 11(a) of the Rules Governing Section 2254 Proceedings provides that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant." A court may only issue a certificate of appealability if the petitioner makes "a substantial showing of

---

[5] R. Doc. 5 at 3, 13.

[6] R. Doc. 11.

[7] R. Doc. 12.

the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The "controlling standard" for a certificate of appealability requires the petitioner to show "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented [are] adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)) (quotation marks removed). The Court finds that plaintiff's petition, in conjunction with his objections to the Magistrate Judge's R&R, does not satisfy this standard.

Accordingly,

Mike Alvarez's petition for *habeas corpus* is DISMISSED WITH PREJUDICE. The Court will not issue a certificate of appealability.

**New Orleans, Louisiana, this 25th day of September, 2014.**

　　　　　_____Sarah Vance_____
　　　　　**SARAH S. VANCE**
　　　　　**UNITED STATES DISTRICT JUDGE**